STATE OF NEW JERSEY v. JUDITH PARKER.

March 10, 1983.

This matter having come before the Court on appeal as of right pursuant to R. 2:2–1(a)(2), and the Court having duly considered the record and the submissions of counsel, and good cause appearing; It is ORDERED that the judgment of the Superior Court, Appellate Division, be and hereby is summarily affirmed.

STATE OF NEW JERSEY v. ERNEST KORBER.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO NEGRON.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MAGUIRE.

March 15, 1983.

Petition for certification denied.